UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NESTOR NSUMBU KALONJI,

Petitioner,

v.

TODD BLANCHE et al.,

Respondents.

CASE NO. 2:26-cv-03810-BAT

**ORDER GRANTING IFP AND APPOINTING FEDERAL PUBLIC DEFENDER**

Petitioner moves the Court to appoint the Federal Public Defender ("FPD") as counsel, and the FPD has asked the Court to grant petitioner's request. Having considered these requests, as well as petitioner's financial eligibility, the Court **ORDERS**:

(1) Petitioner's motion for appointment of counsel, Dkt. 2, is **GRANTED**.

(2) The FPD is appointed to represent petitioner in this case.

(3) Petitioner's motion for leave to proceed in forma pauperis, Dkt. 1, is **GRANTED**.

DATED this 8th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge